# IN THE SUPREME COURT OF THE STATE OF NEVADA

INTRUSTION PROTECTION SYSTEMS, INC., A NEVADA CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE GLORIA STURMAN, DISTRICT JUDGE,
Respondents,
  and
JUSTIN CURTIS, AN INDIVIDUAL; FRANKLIN JOHNSON, II, AN INDIVIDUAL; AND RYAN ADAME, AN INDIVIDUAL,
Real Parties in Interest.

No. 83760

FILED

DEC 03 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS OR PROHIBITION

This original petition seeks a writ of mandamus, or in the alternative, a writ of prohibition, directing the district court to reverse its denial of petitioner's request for a temporary protective order regarding petitioner's sales techniques, strategies, and training methods, which petitioner contends are confidential.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support its claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Although petitioner references an order by the district court, it failed to provide it. This court will not consider a petition for

21-34522

extraordinary relief in the absence of the written order being challenged. *See Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987).

Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.    _____, J.
Parraguirre                                    Stiglich

cc:    Hon. Gloria Sturman, District Judge
       Brandon L. Phillips, Attorney At Law, PLLC
       Garman Turner Gordon
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A